IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
PENSACOLA DIVISION

ALIRIO SILVA-MONTOYA,
              Petitioner,

vs.                              Case No. 3:10cv488/RV/EMT

DEPARTMENT OF HOMELAND
SECURITY, IMMIGRATION AND
NATURALIZATION SERVICES
              Respondent.
_____/

# O R D E R

       This cause comes on for consideration upon the magistrate judge's Report and Recommendation dated August 8, 2011 (doc. 21).  The parties have been furnished a copy of the Report and Recommendation and have been afforded an opportunity to file objections pursuant to Title 28, United States Code, Section 636(b)(1).  I have made a de novo determination of all timely filed objections.

       Having considered the Report and Recommendation, and any timely filed objections thereto timely filed, I have determined that the Report and Recommendation should be adopted.

       Accordingly, it is now **ORDERED** as follows:

       1.  The magistrate judge's Report and Recommendation is adopted and incorporated by reference in this order.

       2.  Respondents' motion to dismiss (doc. 18) is **GRANTED** and the petition for writ of habeas corpus under § 2241 (doc. 1) is **dismissed**.

       **DONE AND ORDERED** this 20th day of September 2011.

                /s/ *Roger Vinson*
                **ROGER VINSON**
                **SENIOR UNITED STATES DISTRICT JUDGE**