IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
PENSACOLA DIVISION

ALIRIO SILVA-MONTOYA,
        Petitioner,

vs.                                      Case No. 3:10cv488/RV/EMT

DEPARTMENT OF HOMELAND
SECURITY, IMMIGRATION AND
NATURALIZATION SERVICES
        Respondent.
_____/

# O R D E R

        This cause comes on for consideration upon the magistrate judge's Report and Recommendation dated August 8, 2011 (doc. 21). The parties have been furnished a copy of the Report and Recommendation and have been afforded an opportunity to file objections pursuant to Title 28, United States Code, Section 636(b)(1). I have made a <u>de novo</u> determination of all timely filed objections.

        Having considered the Report and Recommendation, and any timely filed objections thereto timely filed, I have determined that the Report and Recommendation should be adopted.

        Accordingly, it is now **ORDERED** as follows:

        1. The magistrate judge's Report and Recommendation is adopted and incorporated by reference in this order.

        2. Respondents' motion to dismiss (doc. 18) is **GRANTED** and the petition for writ of habeas corpus under § 2241 (doc. 1) is **dismissed**.

        **DONE AND ORDERED** this 20th day of September 2011.

                              /s/ *Roger Vinson*
                              **ROGER VINSON**
                              **SENIOR UNITED STATES DISTRICT JUDGE**